JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRANIK PASHAYAN, an individual,<br><br>          Plaintiff,<br><br>     vs.<br><br>NISSAN NORTH AMERICA, INC. and DOES 1 through 10, inclusive,<br><br>          Defendants. | Case No. 2:26-cv-00343-BFM<br><br>**<u>JUDGMENT</u>** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff ANDRANIK PASHAYAN ("Plaintiff") accepted Defendant Nissan North America, Inc.'s ("Nissan") Offer of Judgment pursuant to Fed. R. Civ. P. 68.

1. Accordingly, the Court enters JUDGMENT in favor of Plaintiff and against Nissan as to Plaintiff's complaint, pursuant to the terms of the Rule 68 Offer as follows: Plaintiff shall surrender the 2024 Nissan Ariya, VIN JN1CF0BB8RM738292 (the "Subject Vehicle"), with clear title, free and clear of all liens and encumbrances, other than any outstanding loan amounts, which Nissan shall discharge by payment from the proceeds of the settlement. Nissan shall pay $42,781.83 total, representing the total lease payments for the Subject Vehicle, residual value under the lease, and including all incidental and consequential damages, civil penalties, prejudgment interest, postjudgment interest, and any other

sums or claims that have been asserted by Plaintiff in this action. Plaintiff shall provide Nissan with current payoff information on any active lease on the Subject Vehicle, and Nissan shall pay the remaining lease balance and residual value directly to the lienholder, discharging the outstanding lease payments on the Subject Vehicle and allowing Nissan to obtain full title. The remainder shall be paid to Plaintiff by settlement check within three (3) business days after surrender of the Subject Vehicle.

2.     Plaintiff shall retain the right to petition the Court for an award of reasonably and actually incurred attorney fees and costs incurred for the commencement and prosecution of this action. Any such motion shall be filed no later than fourteen (14) days after entry of judgment. Nissan expressly reserves all challenges and defenses to Plaintiff's fee/costs motion(s) and any award thereon. Nissan will pay the attorney fees and cost amounts determined by the Court within thirty (30) days of written notice of entry of the Court's ruling awarding those amounts.

Dated:     JUNE 16, 2026

Brianna Fuller Mircheff
United States Magistrate Judge

2